UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEVENKA DURAS,

                              Plaintiff(s)

       - against -

WILLIAM F. DAWSON, JR.,

                              Defendant(s)

NOTICE OF REMOVAL

    William F. Dawson, Jr., defendant in the above-captioned action which was commenced in the Supreme Court of the State of New York for the County of New York, gives notice that he is removing this action from the Supreme Court of the State of New York, County of New York, to this Court pursuant to USC Section 1441.  The grounds for removal are as follows:

1.    A civil action was commenced and is now pending against the defendant in the Supreme Court of the State of New York, County of New York, which action is entitled: <u>Nevenka Duras v. William F. Dawson, Jr</u>.

2.    On or about July 12, 2004 the defendant was served with a summons and complaint, a copy of which is attached herein as Exhibit A.  The documents in Exhibit A consist of copies of all process, pleadings and other orders served upon the defendant in this action.

3.    The above-described action is a civil action of which this Court has original jurisdiction under 28 USC Section 1332 and is one which may be removed to this Court by the defendant under 28 USC Section 1332 and 1441 in that:

    a)    Plaintiff is noted to be listed on the summons as a citizen of the State of New York residing at 175 East 96th Street, Apt. 5S, New York, New York.

    b)    Defendant William F. Dawson, Jr. is a citizen of Connecticut and resides at 48 Keoheram Road, Old Greenwich, Connecticut.

    c)    The incident claimed to have caused injury to the defendant is alleged in the complaint to have occurred in the City and State of New York, in the County of New York.  (See paragraph 4, Exhibit A).

    d)    The amount in controversy herein exceeds Seventy-Five Thousand ($75,000.00) Dollars exclusive of interest and costs,

4. Accordingly, as the parties are of diverse citizenship and the amount in controversy exceeds Seventy-Five Thousand ($75,000.00) Dollars exclusive of interest and costs, federal jurisdiction is appropriate pursuant to 28 USC Section 1332.

WHEREFORE, the defendant gives notice that the above action now pending against him in Supreme Court of the State of New York of the County of New York is removed to this Court.

DATED:   Westbury, NY
         July 21, 2004

                                                                   John W. Kondulis, Esq. (JK4978)
JAMES G. BILELLO & ASSOCIATES (JB7226)
Attorneys for Defendant
William F. Dawson, Jr.
875 Merrick Avenue
Westbury, NY 11590
(516) 229-4312

TO:
Jacob Rabinowitz, Esq.
Attorneys for Plaintiff
Nevenka Duras
30 Vesey Street
New York, NY 10007
(212) 619-2534

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEVENKA DURAS,

                          Plaintiff(s)

- against -

WILLIAM F. DAWSON, JR.,

                          Defendant(s)

**NOTICE OF REMOVAL**

JAMES G. BILELLO & ASSOCIATES
Attorneys for the Defendant
William F. Dawson, Jr.
Office and Post Office Address
875 Merrick Avenue
Westbury, NY 11590
(516) 229-4312

---

To:

Jacob Rabinowitz, Esq.
Attorneys for Plaintiff
Nevenka Duras
30 Vesey Street
New York, NY 10007

---

Due and timely service of a copy of the within NOTICE OF REMOVAL is hereby admitted.
Dated July 21, 2004
Attorney(s) for Defendant William F. Dawson, Jr.

---