USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/06  dc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

NEVENKA DURAS,

                              Plaintiff,

            -against-

WILLIAM F. DAWSON, Jr.,

                              Defendant.

-------------------------------------------------------x

**STIPULATION**
**DISCONTINUING ACTION**

Docket # 04 CV 5749
(BSJ)  (DFE)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be filed without further notice with the Clerk of the Court.

Dated: January 27, 2006,

Nzengha Waseme, Esq. for
**THE LAW OFFICE OF**
**JACOB RABINOWITZ**
Attorney for Plaintiff
30 Vesey Street, 15th Floor
New York, NY 10007
(212) 619 2534

Dated:            .

John W. Kondulis, Esq. for    (JK 4978)
**JAMES G. BILELLO**
**& ASSOCIATES**
Attorney for Defendant
875 Merrick Avenue
Westbury, New York 11590
(516) 229 4300

SO ORDERED:

_____ USDCJ
Barbara S. Jones
Dated 2/6/06